**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Sergio Garcia,                                                                           Civ. No. 23-169 (JWB/ECW)

                                   Petitioner,

                                                                                         **ORDER ACCEPTING**
v.                                                                                       **REPORT AND**
                                                                                         **RECOMMENDATION OF**
B. Eischen,                                                                              **MAGISTRATE JUDGE**
*FPC-Duluth Warden*,

                                   Respondent.

---

The above matter is before the Court on the Report and Recommendation

("R&R") of United States Magistrate Judge Elizabeth Cowan Wright dated April 14,

2023. (Doc. No. 27.) No objections have been filed to that R&R in the time permitted. In

the absence of timely objections, the Court reviews an R&R for clear error. *See* Fed. R.

Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed

the R&R, the Court finds no clear error. Petitioner Sergio Garcia's habeas corpus petition

will therefore be denied.[1]

Based on the R&R of the Magistrate Judge, and on all of the files, records, and

proceedings herein, **IT IS HEREBY ORDERED** that:

        1.        The April 14, 2023 Report and Recommendation (Doc. No. 11) is

**ACCEPTED**;

        2.        Petitioner Sergio Garcia's Petition for Writ of Habeas Corpus under

---

[1]        This Order does not address Petitioner's civil rights action, which is based on the
same circumstances. *See Garcia v. Eischen et al.*, 23-cv-00261 (JWB/ECW).

28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**;

     3.     Petitioner Sergio Garcia's Motion for Injunction or Other Relief (Doc.

No. 10) is **DENIED as moot**;

     4.     Petitioner Sergio Garcia's Motion for Summary Judgment (Doc. No. 22) is

**DENIED as moot**.

     **LET JUDGMENT BE ENTERED ACCORDINGLY**.


Date: May 11, 2023                  *s/ Jerry W. Blackwell*
                                         JERRY W. BLACKWELL
                                         United States District Judge